# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130471 & (36)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SUSAN COLLIER, Personal Representative of
the Estate of Silvio Giannetti, and GIANNETTI
INVESTMENT COMPANY,
    Plaintiffs-Appellees,
    Cross-Appellants,

v

JERRY PRUZINSKY,
    Defendant-Appellant
    Cross-Appellee,
and

ANNA MARIE PRUZINSKY,
    Defendant.

SC: 130471
COA: 265894
Wayne CC: 93-230961-CK

_____/

      On order of the Court, the application for leave to appeal the December 27, 2005 order of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

t0424